# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ▼

| | | |
|---|---|---|
| MACEY SONGER and WILLIAM SONGER, individually, and as next of kin of CHAD WILLIAM SONGER (Deceased), | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:22-cv-00022 |
| BLEDSOE COUNTY GOVERNMENT and CHASE ROBERTS & MATTHEW BROCK in thier official capacities as agents for the Bledsoe County, and Bledsoe County Sheriff's Office and individually | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Matthew Brock, can be served with process at 235 Allen P. Deakins Rd. Pikeville, TN 37367.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
>Robert F. Davis and Roger D. Layne of Davis, Kessler & Davis
>433 Cherokee Blvd. Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/2/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00022

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Matthew Brock__
was received by me on *(date)* __2-2-22__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Jessie Morris, Bledsoe County Sheriff's Office__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Matthew Brock of Bledsoe County Sheriff's Office__ on *(date)* __2-2-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __2-2-22__

*Server's signature* __Marc Lawrence__

*Printed name and title* __Marc Lawrence, private server__

*Server's address* __516 Chestnut St, Chattanooga, TN__

Additional information regarding attempted service, etc: