UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MACEY SONGER and <br> WILLIAM SONGER, individually <br> and as next of kin of Chad William <br> Songer, deceased, <br>     *Plaintiffs*, <br><br> v. <br><br> CHASE ROBERTS, individually and in <br> his official capacity, MATTHEW BROCK, <br> individually and in his official capacity, and <br> BLEDSOE COUNTY GOVERNMENT, <br>     *Defendants*. | Case No. 1-22-cv-00022-CHS |

## JUDGMENT ORDER

This action is before the Court upon the Motion for Summary Judgment [Doc. 39] filed by Defendants Chase Roberts, Matthew Brock, and Bledsoe County Government as to all of Plaintiffs' claims. For the reasons stated in the accompanying Memorandum Opinion and Order, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment [Doc. 39] is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** in its entirety.

3. **JUDGMENT IN ENTERED** in favor of Defendants.

    **SO ORDERED.**

                                          /s/ *Christopher H. Steger*
                                          UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *LeAnna Wilson*
CLERK OF COURT